IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| IMPALA AFRICAN SAFARIS, LLC, et al., § | |
| § | |
| Plaintiffs, § | |
| § | |
| v. § | Civil Action No. 3:13-CV-2175-G |
| § | |
| DALLAS SAFARI CLUB, INC., et al., § | |
| § | |
| Defendants. § | |

## ORDER

Pursuant to the standing order of reference dated October 8, 2013, this case has been referred for pretrial management. Before the Court is *Defendant Michael Arthur Burke's Special Appearance and Motion to Vacate Default Judgment and to Dismiss Complaint for Lack of Personal Jurisdiction and Brief in Support*, filed October 10, 2013 (doc. 103).

Respondent may file a response *and brief containing citations to relevant authorities*[1] no later than **October 31, 2013**. Movant may file a reply no later than **November 14, 2013**.

At this time, no hearing will be scheduled on this matter.

**SO ORDERED** on this 11th day of October, 2013.

_____
IRMA CARRILLO RAMIREZ
UNITED STATES MAGISTRATE JUDGE

---

[1] Local Rule 7.1 of the Local Civil Rules for the Northern District of Texas requires the filing of briefs in support of most motions. Pursuant to subsection (d), briefs shall contain a "party's contentions of fact and/or law, and arguments and *authorities*." (emphasis added). Briefs containing authorities greatly assist the Court in making rulings more expeditiously.