UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IMPALA AFRICAN SAFARIS, LLC, ET AL., | ) ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION NO. |
| VS. | ) ) | 3:13-CV-2175-G |
| DALLAS SAFARI CLUB, INC., ET AL., | ) ) ) | |
| Defendants. | ) | |

### ORDER ACCEPTING FINDINGS AND RECOMMENDATION
### OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the findings, conclusions, and recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the court is of the opinion that the findings and conclusions of the magistrate judge are correct and they are accepted as the findings and conclusions of the court.  Accordingly, defendant Michael Arthur Burke's motion to vacate default judgment (docket entry 103) is **GRANTED**, his motion to dismiss (docket entry 103) is **DENIED** as moot, and the plaintiffs' motion for default judgment (docket entry 77) is **DENIED**.

**SO ORDERED**.

December 2, 2013.

_____
**A. JOE FISH**
**Senior United States District Judge**