UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IMPALA AFRICAN SAFARIS, LLC, ET AL., | ) ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION NO. |
| VS. | ) ) | 3:13-CV-2175-G |
| DALLAS SAFARI CLUB, INC., ET AL., | ) ) | |
| Defendants. | ) | |

### ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the findings, conclusions, and recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned district judge is of the opinion that the findings and conclusions of the magistrate judge are correct and they are accepted as the findings and conclusions of the court.

Since plaintiffs have timely filed a second amended complaint, Dallas Safari Club, Inc.'s Amended FRCP 12(b)(6) and Texas Citizens Participation Act Motion to

Dismiss, filed November 27, 2013 (docket entry 159), will be **DENIED** as moot.

This action will now proceed on the second amended complaint.

    **SO ORDERED**.

September 9, 2014.

                                          _/s/ A. Joe Fish_
                                          **A. JOE FISH**
                                          **Senior United States District Judge**