UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IMPALA AFRICAN SAFARIS, LLC, ET AL., | ) ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION NO. |
| VS. | ) ) ) | 3:13-CV-2175-G (BH) |
| DALLAS SAFARI CLUB, INC., ET AL., | ) ) ) | |
| Defendants. | ) | |

### ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the findings, conclusions, and recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned district judge is of the opinion that the findings and conclusions of the magistrate judge are correct and they are accepted as the findings and conclusions of the court.

Plaintiffs' motion for default judgment, filed December 30, 2014 (docket entry 242), is **DENIED**. By separate judgment, the claims against Jerome Phillipe Frederic

Lung and Africa Hunting, LLC will be **DISMISSED** *sua sponte* without prejudice for failure to comply with FED. R. CIV. P. 4(m).

    **SO ORDERED**.

August 27, 2015.

                          */s/ A. Joe Fish*
                          **A. JOE FISH**
                          **Senior United States District Judge**